No. 125. SIMMONS *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter P. Luck* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States. ▉

No. 126. CITIZENS BANKING CO. ET AL. *v.* STURGEON BAY CO. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. L. I. Litzler* for petitioners. *Mr. Richard Inglis* for respondent.

No. 127. MIAMI CORPORATION *v.* LOUISIANA. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Messrs. Robert E. Milling, Roberts C. Milling,* and *A. P. Pujo* for petitioner. *Messrs. Gaston L. Porterie* and *Joseph A. Loret* for respondent.

No. 130. PACIFIC ALASKA AIRWAYS *v.* MAHAN, ADMINISTRATOR. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George M. Naus* and *Cecil H. Clegg* for petitioner. No appearance for respondent.

No. 131. PACIFIC ALASKA AIRWAYS *v.* SMITH, ADMINISTRATOR. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit